# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEICO ADVANTAGE** : | |
| **INSURANCE COMPANY, ET AL.** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 24-2554** |
| : | |
| **PAULA WETZEL, ET AL.** : | |

## ORDER

This 7th day of May, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that GEICO's Motion for Summary Judgment, ECF 22, is **GRANTED**, and Claimants' Cross Motion for Summary Judgment, ECF 23, is **DENIED.**

Pursuant to the Declaratory Judgment Act, 28 U.S. Code § 2201, the Court hereby **DECLARES** that the limit of coverage applicable under both the liability policy issued by Government Employees Insurance Company and the underinsured motorist policy issued by Plaintiff Geico Advantage Insurance Company is $100,000.

 /s/ Gerald Austin McHugh
 United States District Judge